# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED and CONOCOPHILLIPS PETROZUATA B.V., <br><br> Plaintiffs, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A., CORPOGUANIPA, S.A., and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | C.A. No. _____ |

## [PROPOSED] PRAECIPE

TO:   Clerk of Court
  United States District Court
  844 North King St.
  Wilmington, DE 19801-3570

**PLEASE ISSUE** to the U.S. Marshals Service the writ of *fieri facias* filed with this Praecipe to attach all shares of stock and any other assets or rights incident to that stock ownership belonging or owing to Judgment Debtor Petróleos de Venezuela, S.A., to be served upon **PDV Holding, Inc., c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.**

Dated: November 26, 2019   Respectfully submitted,

*Of Counsel*:   ROSS ARONSTAM & MORITZ LLP

Michael S. Kim   /s/ _____
Marcus J. Green   Garrett B. Moritz (Bar No. 5646)
Josef M. Klazen   Anne M. Steadman (Bar No. 6221)
KOBRE & KIM LLP   100 S. West Street, Suite 400
800 Third Avenue   Wilmington, Delaware 19801
New York, New York 10022   (302) 576-1600
(212) 488-1200   gmoritz@ramllp.com
michael.kim@kobrekim.com   asteadman@ramllp.com
marcus.green@kobrekim.com
jef.klazen@kobrekim.com   *Attorneys for Plaintiffs*