# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., and PDV HOLDING, INC., | 19 Civ. No. _____ |
| Plaintiffs, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., AND PDV HOLDING, INC.** |
| v. | |
| MUFG UNION BANK, N.A. and GLAS AMERICAS LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiffs Petróleos de Venezuela, S.A. ("PDVSA"), PDVSA Petróleo, S.A. ("PDVSA Petróleo"), and PDV Holding Inc. ("PDV Holding") state as follows: PDVSA is a foreign corporation wholly owned by the Bolivarian Republic of Venezuela. PDVSA Petróleo and PDV Holding are wholly-owned subsidiaries of PDVSA. There is no other parent corporation or publicly-held corporation that owns more than 10% of their stock.

The undersigned certifies that the foregoing is true and correct.

Dated: New York, New York
       October 29, 2019

Respectfully submitted,

/s/ Kurt Hansson
Kurt W. Hansson
James R. Bliss
James B. Worthington

PAUL HASTINGS LLP
200 Park Avenue
New York, New York  10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090
kurthansson@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com

*Attorneys for Plaintiffs*
*Petróleos de Venezuela, S.A. and*
*PDVSA Petróleo, S.A.*


/s/ Tariq Mundiya
Tariq Mundiya
Jeffrey B. Korn

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
tmundiya@willkie.com
jkorn@willkie.com

Michael J. Gottlieb
1875 K Street NW
Washington, DC  20006-1238
Telephone:    (202) 303-1442
Facsimile:     (202) 303 2442
mgottlieb@willkie.com

*Attorneys for Plaintiff PDV Holding Inc.*