# EXHIBIT 6

Execution Version

# SETTLEMENT AGREEMENT

among

**Petróleos de Venezuela, S.A.**

**PDVSA Petróleo, S.A.**

**Corpoguanipa, S.A.**

(hereinafter together referred to as the "PDVSA Parties")

and

**ConocoPhillips Petrozuata B.V.** and

**Phillips Petroleum Company Venezuela Limited**

(hereinafter together referred to as "ConocoPhillips")

1

Execution Version

█ ███████████████████████████
███████████████████████████
███████████████████████████
██████████████████

█ ███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
████████████████

9.4 In addition to the remedies described in Article 9.3 above, if a Payment Default by the PDVSA Parties occurs, ConocoPhillips shall have the right to deliver a Default Notice, and if the PDVSA Parties do not remedy the Payment Default within thirty (30) Days of the date of a Default Notice, it shall constitute an "Event of Payment Default," in which case:

9.4.1 the entire unpaid outstanding Settlement Amount shall become immediately due and owing under this Agreement and shall accrue interest at the Default Interest Rate (instead of accruing interest at the Interest Rate as provided for herein) until satisfied in full; and

9.4.2 the obligations agreed and given by ConocoPhillips by and under Article 8.0 of this Agreement shall be cancelled, and ConocoPhillips shall have the right, at the sole discretion of ConocoPhillips, to unilaterally take any and all actions to enforce the ICC Award or any judgment recognizing, confirming or enforcing the ICC Award, up to the full amount of any such judgment, reduced only by the actual portion of the Settlement Amount received by ConocoPhillips prior to the Event of Payment Default ("Extra-Contractual Judgment Enforcement").



█ ███████████████████████████
███████████████████████████
███████████████████████████
██████████████

15

Execution Version

16.3 The PDVSA Parties irrevocably waive any immunity from arrest, attachment or execution on their assets in relation to (i) the enforcement of any judgment resolving any action or proceeding arising out of or relating to this Agreement and (ii) the exercise by ConocoPhillips of Extra-Contractual Judgment Enforcement of the ICC Award.



3