IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILLIPS PETROLEUM COMPNAY VENEZUELA LIMITED and CONOCOPHILLIPS PETROZUEATA B.V., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No.: 19-MC-00342-LPS |
| PETRÓLEOS DE VENEZUELA, S.A., CORPOGUANIPA, S.A., and PDVSA PETRÓLEO, S.A., | : : : : | |
| Defendants. | : | |

**MOTION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING THE ISSUANCE OF A WRIT OF FIERI FACIAS**

Pursuant to Local Rule 7.1.2, Defendants move to set a Briefing Schedule on Plaintiffs' Motion for an Order Authorizing the Issuance of a Writ of *Fieri Facias*. Defendants make this submission without waiving any rights or defenses that may be available to it and/or its property, including any defense under the FSIA.

On November 26, 2019, Plaintiffs Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. ("Plaintiffs") filed a Clerk's Certification of a Judgment to be Registered in Another District (D.I. 1), moved pursuant to Federal Rule of Civil Procedure 69, 10 *Del. C.* § 5031, and 8 *Del. C.* § 324, and 28 U.S.C. § 1610(c), for an order authorizing the issuance of the Plaintiffs' proposed writ of *fieri facias* against the shares of PDV Holding, Inc. ("PDVH") owned by Defendant Petróleos de Venezuela, S.A. ("PDVSA"), (D.I. 2, the "Motion")), and filed a supporting Opening Brief and supporting Declaration (D.I. 3 & 4).

Plaintiffs did not initiate this proceeding by filing a Complaint under Rule 3, obtaining a summons under Rule 4, or serving the foregoing papers on the Defendants pursuant to Rule 5. Accordingly, the Motion is not "deemed served" under Local Rule 7.1.2.

Defendants, nonetheless, intend to appear and respond to the Motion. Defendants proposed a stipulated briefing schedule to Plaintiffs but have not yet received a response. Accordingly, in an abundance of caution and in an effort to clarify the obligations of all parties, Defendants ask the Court to set a briefing schedule to clarify the parties' obligations with respect to the Motion as follows:

1. Defendants shall file their response to the Motion on or before January 6, 2020;

2. Plaintiffs shall file any reply in support of the Motion on or before January 20, 2020;

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Samuel T. Hirzel*
Samuel T. Hirzel, II (# 4415)
Aaron M. Nelson (# 5941)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
shirzel@hegh.law
Attorneys for Defendants

OF COUNSEL:

Joseph D. Pizzurro
Kevin A. Meehan
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
(212) 696-6000
jpizzurro@curtis.com
kmeehan@curtis.com
Dated: December 10, 2019