IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PHILLIPS PETROLEUM COMPNAY VENEZUELA LIMITED and CONOCOPHILLIPS PETROZUEATA B.V., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No.: 19-mc-00342-LPS |
| PETRÓLEOS DE VENEZUELA, S.A., CORPOGUANIPA, S.A., and PDVSA PETRÓLEO, S.A., | : : : : | |
| Defendants. | : | |

**STIPULATION AND ORDER GOVERNING BRIEFING ON PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING THE ISSUANCE OF A WRIT OF FIERI FACIAS**

WHEREAS, on November 26, 2019, Plaintiffs Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. ("Plaintiffs") filed a Clerk's Certification of a Judgment to be Registered in Another District (D.I. 1) against Defendants Petróleos de Venezuela, S.A., Corpoguanipa, S.A., and PDVSA Petróleo, S.A. ("Defendants"), and moved pursuant to Federal Rule of Civil Procedure 69, 10 *Del. C.* § 5031, and 8 *Del. C.* § 324, and 28 U.S.C. § 1610(c), for an order authorizing the issuance of the Plaintiffs' proposed writ of *fieri facias* against the shares of PDV Holding, Inc. ("PDVH") owned by Defendant Petróleos de Venezuela, S.A. ("PDVSA"), (D.I. 2), and filed a supporting Opening Brief and supporting Declaration (D.I. 3 & 4);

WHEREAS, on December 10, 2019, Defendants filed entries of appearance (D.I. 6 & 7) and a Motion to Set Briefing Schedule on Plaintiffs' Motion for an Order Authorizing the Issuance of a Writ of Fieri Facias (D.I. 8);

WHEREAS, the parties wish to resolve the Motion to Set Briefing Schedule on Plaintiffs' Motion for an Order Authorizing the Issuance of a Writ of Fieri Facias (D.I. 8);

WHEREAS, Defendants make this submission without waiving any rights or defenses that may be available to it and/or its property, including any defense under the FSIA;

IT IS HEREBY STIPULATED, SUBJECT TO THE APPROVAL OF THE COURT, that:

1. Defendants shall file their response to the Motion on or before January 6, 2020;

2. Plaintiffs shall file any reply in support of the Motion on or before January 20, 2020;

| ROSS ARONSTAM & MORITZ LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Anne M. Steadman* | */s/ Samuel T. Hirzel* |
| Garrett B. Moritz (Bar No. 5646) | Samuel T. Hirzel, II (# 4415) |
| Anne M. Steadman (Bar No. 6221) | 300 Delaware Avenue, Suite 200 |
| 100 S. West Street, Suite 400 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 472-7300 |
| (302) 576-1600 | shirzel@hegh.law |
| gmoritz@ramllp.com | |
| asteadman@ramllp.com | OF COUNSEL: |
| | |
| OF COUNSEL: | Joseph D. Pizzurro |
| | Kevin A. Meehan |
| Michael S. Kim | CURTIS, MALLET-PREVOST, |
| Marcus J. Green | COLT & MOSLE LLP |
| Josef M. Klazen | 101 Park Avenue |
| KOBRE & KIM LLP | New York, NY 10178 |
| 800 Third Avenue | (212) 696-6000 |
| New York, New York 10022 | jpizzurro@curtis.com |
| (212) 488-1200 | pbehmke@curtis.com |
| michael.kim@kobrekim.com | kmeehan@curtis.com |
| marcus.green@kobrekim.com | jmosse@curtis.com |
| jef.klazen@kobrekim.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED, this __ day of December, 2019.

_____
United State District Judge

2