# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED and CONOCOPHILLIPS PETROZUATA B.V., <br><br> *Plaintiffs*, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A., CORPOGUANIPA, S.A., and PDVSA PETRÓLEO, S.A., <br><br> *Defendants*. | C.A. No. 19-mc-00342-LPS |

## DECLARATION OF KEVIN A. MEEHAN

KEVIN A. MEEHAN declares under penalty of perjury:

1. I am a partner of the firm of Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for Defendants Petróleos de Venezuela, S.A., Corpoguanipa, S.A. and PDVSA Petróleo, S.A. ("Defendants") in this proceeding.

2. I submit this declaration in support of Defendants cross-motion to dismiss for lack of jurisdiction and opposition to Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V.'s motion for an order authorizing the issuance of a writ of attachment *fieri facias*, dated January 6, 2020.

3. On July 19, 2018, the International Chamber of Commerce ("ICC") issued an Addendum to the Final Award rendered in *Phillips Petroleum Co., et al. v. Petróleos de Venezuela, S.A., et al.*, ICC Case No. 20549/ASM/JPA (C-20550/ASM). A true and correct copy of the Addendum is attached hereto as Exhibit A.

4. Attached hereto as Exhibit B is a true and correct copy of the relevant portions of the Settlement Agreement between and among Petróleos de Venezuela, S.A., Corpoguanipa, S.A. and PDVSA Petróleo, S.A., Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V., dated August 18, 2018.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on January 6, 2020

_____
Kevin A. Meehan