# EXHIBIT 1



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

LICENSE No. VENEZUELA-2018-353747-1

**VENEZUELA SANCTIONS REGULATIONS**

**LICENSE**

Issued under the authority of one or more of 50 U.S.C. §§ 1601-51, 1701-06, Pub. L. 113-278, Executive Order 13692, Executive Order 13808, Executive Order 13827, Executive Order 13835, and 31 C.F.R. Parts 501 and 591.

**To:**  ConocoPhillips Company
600 North Dairy Ashford
Houston, TX 77079
**Attn:**  Jennifer D. Hardin

**1.** Based upon your request dated May 27, 2018, and additional correspondence dated July 9, 2018, July 18, 2018, and July 19, 2018 to the Office of Foreign Assets Control (the "Application"), the transactions described herein are hereby authorized.

**2.** This License is subject to the condition, among others, that the Licensee(s) comply with its terms and with all regulations, rulings, orders, and instructions issued under any of the authorities cited above.

**3.** This License **expires on July 31, 2020** and is not transferable. The transactions described in this License are subject to the authorities cited above and any regulations and rulings issued pursuant thereto. This License may be revoked or modified at any time. If this License was issued as a result of willful misrepresentation it may be declared void from the date of its issuance or from any other date.

**4.** This License does not authorize transactions prohibited by any law or regulation administered by the Office of Foreign Assets Control other than those listed above.

**5.** This License does not excuse the Licensee(s) from the need to comply with any law or regulation (including reporting requirements) administered by any other agency or the need to obtain any required authorization(s) from any other agency.

Issued on behalf of the Secretary of the Treasury:

OFFICE OF FOREIGN ASSETS CONTROL

By _____      July 24, 2018
**Davin J. Blackborow**              Date
Assistant Director for Licensing

Attention is directed to, *inter alia*, 18 U.S.C. § 1001, 50 U.S.C. § 1705, and Pub. L. 113-278, § 5(b)(2) for provisions relating to penalties.

**License No. VENEZUELA-2018-353747-1**                                                    Page 2 of 2

**SECTION I – AUTHORIZATION:**  Subject to the conditions and limitations stated herein, ConocoPhillips and its affiliates (the "Licensees") are hereby authorized to engage in all transactions necessary and ordinarily incident to entering into and executing a settlement agreement described in correspondence dated July 19, 2018 in connection with carrying out the terms of an award rendered on April 24, 2018 by the International Chamber of Commerce involving amounts owed by Petroleos de Venezuela, S.A. (PDVSA) or the Government of Venezuela (GOV) or entities majority owned or controlled by PDVSA or the GOV ("GOV Entities"), including processing funds received pursuant to that award through the United States, as described in the Application.

**SECTION II – WARNINGS:  (a)** This License does not authorize the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(b)** This License does not authorize the transfer to or receipt of funds or other property, directly or indirectly, from any entity or individual whose property or interests in property are blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**(c)** Any transfer of funds through the U.S. financial system pursuant to the authorization set forth above should reference the number of this License to avoid the rejection of the transfer.

**SECTION III – RECORDKEEPING & REPORTING REQUIREMENTS:  (a)** The Licensees are subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of five years from the date of each transaction.

**(b)** The Licensees shall submit quarterly reports no later than ten days following the end of each quarter during the term of this license providing information on the funds received pursuant hereto.  Such reports shall specify the individual or entity from which the funds originated, the method of transfer, and the amount of funds received.  In the event that no transactions occur or no funds are received during the reporting period, a statement is to be filed to that effect.  Reports are to be mailed to: Ofacreports@treasury.gov or Sanctions Compliance & Evaluation Division, Office of Foreign Assets Control, U.S. Department of the Treasury, 1500 Pennsylvania Avenue, N.W., Freedman's Bank Building, Washington, D.C., 20220, and refer to this case no:  **License No. VENEZUELA-2018-353747-1**.

**SECTION IV – PRECEDENTIAL EFFECT:**  The authorization contained in this License is limited to the facts and circumstances specific to the Application.
**************************************************************************