

100 S. West Street, Suite 400 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

Garrett B. Moritz                                              Direct Dial 302.576.1604
                                                               gmoritz@ramllp.com

May 19, 2020

**VIA E-FILING**
The Honorable Leonard P. Stark
U.S. District Court for the
 District of Delaware
844 North King Street
Unit 26, Room 6124
Wilmington, Delaware 19801

Re:   *Phillips Petroleum Co. Venezuela Ltd., et al. v. Petróleos de Venezuela, S.A., et al.*,
      **Case No. 19-mc-00342-LPS**

Dear Chief Judge Stark:

We write on behalf of Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. (together, "ConocoPhillips"), plaintiffs in the above-captioned action. On November 26, 2019, ConocoPhillips moved for an order authorizing the issuance of a writ *fieri facias* against the shares of PDV Holding, Inc. ("PDVH") owned by defendant Petróleos de Venezuela, S.A. ("PDVSA") (D.I. 2) (the "Motion"). The parties completed briefing on the Motion on January 20, 2020 and the Motion remains pending.

As a reminder, unlike any other potential PDVSA creditor in any other proceeding pending before this Court, ConocoPhillips has an original judgment against PDVSA (not against the Bolivarian Republic of Venezuela ("Venezuela")). And unlike in those other cases, the Motion therefore did not depend on any *alter ego* determination or other theory by which PDVSA might be deemed liable for the debts of Venezuela. Further, the Motion was never subject to the Court's orders in the several other actions against PDVSA or its assets, staying those other cases pending the disposition of Venezuela's petition for a writ of *certiorari* in connection with *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151-LPS (the "Crystallex Asset Proceeding"). *See* D.I. 120 in *Crystallex International Corp. v. PDV Holding Inc.,* Case No. 15-cv-1082-LPS; D.I. 72 in *ConocoPhillips Petrozuata B.V., et al. v. Petróleos de Venezuela S.A., et al.*, Case No. 16-cv-904-LPS; D.I. 75 in *Crystallex International Corp. v. PDV Holding, Inc.*, Case No. 16-cv-1007-LPS; D.I. 69 in *ConocoPhillips Petrozuata B.V., et al. v. Petróleos de Venezuela, S.A., et al.*, Case No. 17-cv-28-LPS; D.I. 154 in *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151-LPS;

The Honorable Leonard P. Stark
May 19, 2020
Page 2

D.I. 39 in *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela, et al.*, Case No. 18-cv-1963-LPS; D.I. 34 in *OI European Group B.V. v. Bolivarian Republic of Venezuela*, Case No. 19-cv-290-LPS; and D.I. 26 in *OI European Group B.V. v. Bolivarian Republic of Venezuela*, Case No. 19-mc-290-LPS (collectively, the "Stay Orders").

The Stay Orders are in any event lifted, now that the U.S. Supreme Court denied Venezuela's petition for a writ of *certiorari* on May 18, 2020. *See Bolivarian Republic of Venezuela, et al. v. Crystallex International Corp.*, *cert. denied*, No. 19-1049 (May 18, 2020). In light of the foregoing and in anticipation that the Court may resume the process for conducting a sale of the PDVH shares in the context of the Crystallex Asset Proceeding, ConocoPhillips respectfully requests the Court to grant the pending Motion.

We appreciate the Court's attention to this matter. As always, counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Garrett B. Moritz*

Garrett B. Moritz (#5646)

cc: All Counsel of Record