# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED and CONOCOPHILLIPS PETROZUATA B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>PETRÓLEOS DE VENEZUELA, S.A., CORPOGUANIPA, S.A., and PDVSA PETRÓLEO, S.A.,<br><br>Defendants. | C.A. No. 19-mc-00342-LPS |

## [PROPOSED] ORDER

WHEREAS, a hearing on Plaintiffs' Motion for Order Authorizing the Issuance of a Writ of *Fieri Facias* (the "Motion") was held on September 17, 2020 (the "Hearing");

WHEREAS, during the Hearing the Court requested the parties submit the August 18, 2018 Settlement Agreement (the "Settlement Agreement") as a confidential filing, and confer regarding anything else the parties propose to provide to the Court in order to resolve the Motion;

WHEREAS, the parties have conferred and agreed to the filing of the executed Settlement Agreement, less exhibits, under seal;

IT IS HEREBY ORDERED this \_\_\_ day of October \_\_\_, 2020, as follows:

1. The parties shall submit the executed Settlement Agreement, less exhibits, under seal as a confidential filing on or before ~~September 29, 2020~~ October 8th; and

2. Within 14 days after the above confidential filing, the parties shall file a public version of the above confidential filing that redacts only information the public disclosure of which could harm one or more of the parties.

_____
United States District Judge