

100 S. West Street, Suite 400 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

Garrett B. Moritz                                                Direct Dial 302.576.1604
                                                                 gmoritz@ramllp.com

October 6, 2020

**VIA E-FILING**
The Honorable Leonard P. Stark
U.S. District Court for the
District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re:   *Phillips Petroleum Company Venezuela Limited et al. v. Petróleos de Venezuela, S.A. et al.*, No. 19-mc-00342-LPS

Dear Chief Judge Stark:

    We write on behalf of the parties to the above-captioned action. Pursuant to the Court's October 1, 2020 Order authorizing the parties to submit the August 18, 2018 Settlement Agreement (the "Settlement Agreement") as a confidential filing, we have attached the executed Settlement Agreement, less exhibits, as Exhibit A. The parties will confer and submit a public version of this filing within 14 days, as provided by the Court's Order.

    As always, counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Garrett B. Moritz*

Garrett B. Moritz (#5646)

Enclosure

cc:  All Counsel of Record