IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED and CONOCOPHILLIPS PETROZUATA B.V., <br><br> Plaintiffs, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A., CORPOGUANIPA, S.A., and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | C.A. No. 19-mc-00342-LPS |

**STIPULATION AND [PROPOSED] ORDER ON SUPPLEMENTAL BRIEFING**

WHEREAS, on January 15, 2021, the Court issued Memorandum Order (D.I. 30) directing the parties to give input to the Court on the following subjects: (i) the impact, if any, of the Court's January 14, 2021 decision in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela* C.A. No. 17-00151; (ii) whether current U.S. sanctions prohibit Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. ("Plaintiffs") from seeking, or prohibit the Court from ordering, the relief sought by Plaintiffs; and (iii) to the extent there is dispute, the request by Petróleos de Venezuela, S.A., Corpoguanipa, S.A. and PDVSA Petróleo, S.A. ("Defendants") for the production of Plaintiffs' communications with the Office of Foreign Assets Control ("OFAC") referenced at oral argument; and

WHEREAS, Plaintiffs and Defendants have met and conferred on the above and have stipulated and agreed as follows:

IT IS HEREBY STIPULATED, AGREED and ORDERED, that:

1. Plaintiffs shall produce to Defendants copies of any licenses or authorizations that have been received from OFAC to enforce any judgment or award against the shares of PDV Holding, Inc., or against any other U.S.-situated assets of PDVSA, along with any communications from OFAC denying any such application, if any, or shall instead confirm that none exist, on or before February 9, 2021;

2. Plaintiffs and Defendants shall simultaneously file opening briefs, not to exceed 20 pages each, addressing the Court's questions on or before February 16, 2021; and

3. Plaintiffs and Defendants shall simultaneously file rebuttal briefs, not to exceed 10 pages each, addressing only such topics raised in the respective opening briefs, on or before March 9, 2021.

SO ORDERED, this __ day of January, 2021.

_____
United States District Judge

| ROSS ARONSTAM & MORITZ LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| /s/ Garrett B. Moritz | /s/ Samuel T. Hirzel |
| Garrett B. Moritz (Bar No. 5646) | Samuel T. Hirzel, II (# 4415) |
| Anne M. Steadman (Bar No. 6221) | 300 Delaware Avenue, Suite 200 |
| 100 S. West Street, Suite 400 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 472-7300 |
| (302) 576-1600 | shirzel@hegh.law |
| gmoritz@ramllp.com | |
| asteadman@ramllp.com | |
| OF COUNSEL: | OF COUNSEL: |
| Michael S. Kim | Joseph D. Pizzurro |
| Marcus J. Green | Kevin A. Meehan |
| Josef M. Klazen | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
| KOBRE & KIM LLP | 101 Park Avenue |
| 800 Third Avenue | New York, NY 10178 |
| New York, New York 10022 | (212) 696-6000 |
| (212) 488-1200 | jpizzurro@curtis.com |
| michael.kim@kobrekim.com | pbehmke@curtis.com |
| marcus.green@kobrekim.com | kmeehan@curtis.com |
| jef.klazen@kobrekim.com | jmosse@curtis.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |