# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED and CONOCOPHILLIPS PETROZUATA B.V., <br><br> Plaintiffs, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A., CORPOGUANIPA, S.A., and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | C.A. No. 19-mc-00342-LPS |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7, Anne M. Steadman, Esquire, hereby withdraws as counsel for Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. in this action.  Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. will continue to be represented by their remaining counsel of record.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

Michael S. Kim
Marcus J. Green
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1200
michael.kim@kobrekim.com
marcus.green@kobrekim.com

Dated:  February 5, 2021

/s/ *Anne M. Steadman*
Garrett B. Moritz (#5646)
Anne M. Steadman (#6221)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
(302) 576-1603
gmoritz@ramllp.com
asteadman@ramllp.com

*Attorneys for Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V.*

2