IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONOCOPHILLIPS GULF OF PARIA B.V.,<br><br>Plaintiff,<br><br>v.<br><br>CORPORACIÓN VENEZOLANA DEL PETRÓLEO, S.A., and PETRÓLEOS DE VENEZUELA, S.A.,<br><br>Defendants. | Case No. 1:22-mc-00264-LPS |
| PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED and CONOCOPHILLIPS PETROZUATA B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>PETRÓLEOS DE VENEZUELA, S.A., CORPOGUANIPA, S.A., and PDVSA PETRÓLEO, S.A.,<br><br>Defendants. | Case No. 1:19-mc-00342-LPS |

**PLAINTIFFS' MOTION FOR
ISSUANCE AND SERVICE OF WRITS *FIERI FACIAS***

Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V., Plaintiffs in Case No. 19-mc-00342-LPS, and ConocoPhillips Gulf of Paria B.V., Plaintiff in Case No. 22-mc-00264-LPS (collectively "ConocoPhillips") hereby move, pursuant to Federal Rule of Civil Procedure 69, 10 *Del. C.* § 5031, and 8 *Del. C.* § 324, and 28 U.S.C. § 1610(c), for an order (i) directing the Clerk of the Court to sign, seal and issue the writs *fieri facias* ("*fi fa* writs") conditionally granted to ConocoPhillips against the shares of PDV Holding, Inc. owned by Petroleos de Venezuela, S.A.; and (ii) directing the United States Marshals Service to serve

ConocoPhillips' *fi fa* writs, and any other writs of attachment as the Court may authorize in favor of any other creditors, in the same chronological order that the Court entered the orders conditionally authorizing each of the writs.

      The bases for this motion are set forth in the Opening Brief in Support of Plaintiffs' Motion for Issuance and Service of Writs *Fieri Facias*, and its accompanying exhibits, including Plaintiffs' proposed order.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*/s/ Garrett B. Moritz*
Garrett B. Moritz (Bar No. 5646)
Elizabeth M. Taylor (Bar No. 6468)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 576-1600
gmoritz@ramllp.com
etaylor@ramllp.com

*Attorneys for Plaintiffs*

*Of Counsel*:

Michael S. Kim
Marcus J. Green
Josef M. Klazen
Lydia L. Halpern
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
(212) 488-1200
michael.kim@kobrekim.com
marcus.green@kobrekim.com
jef.klazen@kobrekim.com
lydia.halpern@kobrekim.com

Richard G. Mason
Amy R. Wolf
Michael H. Cassel
WACHTELL, LIPTON, ROSEN
 & KATZ
51 West 52nd Street
New York, NY 10019
(212) 403-1000
RGMason@wlrk.com
ARWolf@wlrk.com
MHCassel@wlrk.com

Dated: May 1, 2023